**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a *joint case*--and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Casey** First Name **B.** Middle Name **Huff** Last Name _____ Suffix (Sr., Jr., II, III) | _____ First Name _____ Middle Name _____ Last Name _____ Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | _____ First Name _____ Middle Name _____ Last Name | _____ First Name _____ Middle Name _____ Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0 2 8 3 OR 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ OR 9xx – xx – ___ ___ ___ ___ |

Debtor 1    Casey B. Huff                                        Case number (if known) _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years

Include trade names and doing business as names

☑ I have not used any business names or EINs.          ☐ I have not used any business names or EINs.

_____          _____
Business name                                Business name

_____          _____
Business name                                Business name

_____          _____
Business name                                Business name

EIN __ __ – __ __ __ __ __ __ __          EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __          EIN __ __ – __ __ __ __ __ __ __

**5.** Where you live

                                                          If Debtor 2 lives at a different address:

19222 Enchanted Oaks                          _____
Number    Street                                  Number    Street

_____          _____

Spring              TX    77388                 _____
City                State    ZIP Code             City                State    ZIP Code

Harris                                            _____
County                                           County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____          _____
Number    Street                                  Number    Street

_____          _____
P.O. Box                                           P.O. Box

_____          _____
City                State    ZIP Code             City                State    ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.  (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.  (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7.** The chapter of the Bankruptcy Code you are choosing to file under

Check one: (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1   **Casey B. Huff** _____   Case number (if known) _____

8. **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ <br> MM / DD / YYYY | Case number _____ |
| District _____ | When _____ <br> MM / DD / YYYY | Case number _____ |
| District _____ | When _____ <br> MM / DD / YYYY | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
☑ Yes.

Debtor **2C Commercial Services, LLC** _____   Relationship to you **Business**

District **Southern District of Texas** ___   When **10/08/2019** ___ Case number, **19-35697**
MM / DD / YYYY   if known

Debtor _____   Relationship to you _____

District _____   When _____ ___ Case number, _____
MM / DD / YYYY   if known

11. **Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No.   Go to line 12.
☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1     __Casey B. Huff_____     Case number (if known) _____

## Part 3:     Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number     Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                                          State            ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.*  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☑ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:     Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.   What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                       Number     Street

_____

_____
City                                          State            ZIP Code

Debtor 1    **Casey B. Huff**                                                    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Casey B. Huff** _____   Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No.   I am not filing under Chapter 7.  Go to line 18.

☐ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Casey B. Huff** _____    Case number (if known) _____

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Casey B. Huff** _____    X _____
Casey B. Huff, Debtor 1                                          Signature of Debtor 2

Executed on **11/01/2019** _____                         Executed on _____
                MM / DD / YYYY                                                      MM / DD / YYYY

Debtor 1    **Casey B. Huff** _____    Case number (if known) _____

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

X  **/s/ Richard Lee Fuqua II** _____    Date  **11/01/2019** _____
   Signature of Attorney for Debtor                                                   MM / DD / YYYY

   **Richard Lee Fuqua II** _____
   Printed name
   **Fuqua & Associates, P.C.** _____
   Firm Name
   **8558 Katy Freeway** _____
   Number        Street
   **Suite 119** _____

   _____

   **Houston** _____   **TX**      **77024** _____
   City                                                         State      ZIP Code

   Contact phone  **(713) 960-0277** _____    Email address **RLFuqua@FuquaLegal.com** _____

   **07552300** _____    **TX** _____
   Bar number                                          State

2C Commercial Services, LLC
PO Box 2986
Spring, TX 77383

Act Pipe and Supply
PO Box 301282
Dallas, TX 75303-1282

Afni, Inc.
PO Box 3517
Bloomington, IL 61702-3517

Ally Financial
PO Box 380902
Bloomington, MN 55438

Attorney General of Texas
PO Box 12548
Austin, TX 78711-2548

B&S Farms
PO Box 1168
Bay City, TX 77404-1168

Bruce Lipien
16813 Joe Barbee Drive
Round Rock, TX 78664

Bruces Incorporated
177 FM 2246
Evandale, TX 77615

Burton Construction Company
c/o Karalynn C. Cromeens
The Cromeens Law Firm PLLC
8431 Katy Freeway
Houston, TX 7024

Carl Huff
31 N. Lakemist Harbour Pl
The Woodlands, TX 77381

Certification Plus
18610 Tomato St, Bldg D
Spring, TX 77379

Coit Cleaning & Restoration Svcs
9001 Spring Branch Dr
Houston, TX 77080

Comcast
9602 S 300
Sandy, UT 84070-3340

Creekside Nursery
c/o Donald D. DeGrasse
1800 Bering, Suite 1000
Houston, TX 77057

Cy-Fair Propane Co
PO Box 940
Cypress, TX 77410

EasyPay Finance
PO Box 2549
Carlsbad, CA 92018

First National Bank of Bellville
PO Box 128
Bellville, TX 77418-0128

First Texas Hospital
PO Box 842699
Dallas, TX 75284-2699

Forest Hill Plant Ceaux
80 Randolph Rd
Forest Hill, LA 71430

Geotech Engineering & Testing
c/o Law Office of Cris Craft
20501 Katy Frwy Ste 212
Houston, TX 77450

Gina Luizza
5619 Morningside Dr
Houston, TX 77005

Guardian Life Ins Co of Texas
PO Box 542007
Omaha, NE 58154-8007

H & S Waterproofing, Inc.
PO Box 219133
Houston, TX 77218

Hanes Geo Components
1243 N. Post Oak
Houston, TX 77055

Harris Co. Alarm Detail
c/o Linebarger Goggan Blair
& Sampson, LLP
900 Arion Pkwy, Ste 104
San Antonio, TX 78216

Harris Co. Water Control Dist #110
c/o SK Law
1980 Post Oak Blvd Ste 1360
Houston, TX 77056

Harris County Tax Collector
c/o Linebarger Goggan Blair & Sampson
PO Box 3064
Houston, TX 77253-3064

Holloway's Nursery
PO Box 339
Forest Hill, LA 71430

Holloway's Nursery
PO Box 339
Forest Hill, LA 71430

Home Grower Nurseries
PO Box 461
Columbus, TX 78934

Hott Tree Farm
599 Ton Tap Rd
Cleveland, TX 77328

Houston Gunite, Inc.
12011 Proctor St
Houston, TX 77038

HSSK Attn:  Gregory R. Schuelke

952  Echo Lane
Houston, TX 77024

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John Deere Landscapes, Inc.
24110 Network Pl
Chicago, IL 60673-1241

Kornegay Design
212 S. 18th St
Phoenix, AZ 85034

Law Offices of Michael Hirsch PC
1200  Smith St., Ste 1090
Houston, TX 77002

Lobo Pool Plumbing
7437 Village Lake Dr
Cypress, TX 77433

Long's Plumbing Co. Inc
20403 Longspring Dr
Katy, TX 77450

McCauley Lumber Co
626 Aldine Bender
Houston, TX 77060

Mobile Modular Management
PO Box 45043
San Francisco, CA 94145-5043

Modern  Design & Site Furnishings
700 Goldman Dr
Cream Ridge, NJ 08514

National Trench Safety
PO Box 750963
Houston, TX 77075

Procon Enterprises
135 Harvard St

Houston, TX 77007

Quarterspot, Inc.
c/o Legum Law, PLC
4004 Williamsburg Ct
Fairfax, VA 22032

Ramon Sanchez
c/o The Buenker Law Firm
2030 N. Loop West  Ste 120
Houston, TX 77018

Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

Rod Grass Farm
3598 County Rd 456
El Campo, TX 77437

Simmons Oak Farms
21225 Krupala Rd
Harlingen, TX 78550

SiteOne
24110 Network Place
Chicago, IL 60673

State Wide Electric Co
154 Magic Oaks Dr
Spring, TX 77388

Steadfast Insurance
CF Jordan Construction LLC
3800 Renaissance Tower
Dallas TX 75270

Sunstate Equipment Co
PO Box 52581
Phoenix, AZ 85072-2581

Tanks Alot
PO Box 962
Tomball, TX 77377-0962

Texas Irrigation Supply
16813 Joe Barbee Drive
Round Rock, TX 78664

Texas Irrigation Supply LLC
4909 Cranswick Rd
Houston, TX 77041

Texas Mutual Ins. Co
PO Box 841843
Dallas, TX 75284-1843

The Ground Up
9945 Windfern Rd
Houston, TX 77064

The Guardian Life Insurance Company
PO Box 542007
Omaha, NE  68154-8007

Top Notch Tree Farm LLC
3707 N. St. Mary's St. Ste 102
San Antonio, TX 78212

Trustmark National Bank
c/o Donald L. Turbyfill
5120 Woodway, Ste. 900
Houston, TX 77056

Twin Lakes Nursery, Ltd
PO Box 605
Canton, TX 75103

TXU Energy
PO Box 1022
Wixom MI  48393-1022

United Rentals
PO Box 840514
Dallas, TX 75284-0514

Van Ru Credit Corp.
for St. Luke's Woodlands Hosp
1350 E. Touhy Ave Ste 300E
Des Plaines, IL 60018-3342

Venetian Blind Carpet One Floor & Home
2504 Bissonnet
Houston, TX 77005

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Vulcan Construction Materials LLC
c/o Lee Elms
Elms Harmon Macchia, PLLC
2702 Treble Creek
San Antonio, TX 78258